# EXHIBIT A

**Texas Pacific Group (TPG) / Cortlandt Street Recovery Corp. vs. TPG Capital L.P., et al. –**
**TPG Troy LLC and T3 Troy LLC Involuntary Bankruptcy Cases**

|  | **HOURS** | **FEES** | **DISBS** | **TOTAL** |
|---|---|---|---|---|
| May 30 - June 28, 2013 | 274.80 | 131,088.00 | 589.96 | 131,677.96 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799

JUNE 28, 2013

09408001
Texas Pacific Group (TPG)
Cortlandt Street Recovery Corp. vs. TPG Capital L.P., et al.

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 05/30/13 | PAUL M. O'CONNOR, III<br>Work re BK sanctions brief and attachments. | .70 |
| 05/30/13 | ANDREW K. GLENN<br>Revise and finalize sanctions motion. | 3.50 |
| 05/30/13 | DAVID J. ABRAMS<br>Review motion for fees and costs. | .40 |
| 05/30/13 | MICHELLE GENET<br>Review time sheet exhibits to sanctions motion;<br>review redactions to same; revise sanctions<br>motions; confer with MLA and JM re same. | 4.70 |
| 05/30/13 | MICHELE L. ANGELL<br>Conf. w/ PMO re redactions to time record<br>exhibits for sanctions brief; conf. w/ AKG re<br>same; conf. w/ MG and L. Roberage re same; t/cs<br>w/ MG and JM re sanctions brief, revisions and<br>exhibits. | 1.60 |
| 05/30/13 | MICHELE L. ANGELL<br>Coordinate Fed Ex service of sanctions brief<br>with L. Roberage. | .30 |
| 05/30/13 | MICHELE L. ANGELL<br>Email J. Stamell and A. Goldenberg re service<br>of sanctions brief. | .20 |
| 05/30/13 | MICHELE L. ANGELL<br>Draft and revise sanctions brief, Angell<br>declaration and exhibits thereto, including<br>redaction of time record exhibits; prepare and<br>finalize same for filing and coordinate filing | 8.50 |

with Managing Attorney's Office.

05/30/13   JENNIFER MCDOUGALL                                4.30
           Prepare and finalize bankruptcy motion for
           sanctions for filing.

05/30/13   LIANNE S. ROBERGE                                 5.10
           BK- redact exhibit A to MLA's Declaration for
           the sanction motion; assist MLA with exhibits
           preparation for e-filing and for service.

05/30/13   RICHARD M. LA ROSA                                 .50
           Advise MG as to electronic filing rules and
           procedures. Review Motion for Sanctions,
           Declaration and Exhibits for formatting and
           rules compliance and coordinate for electronic
           service and filing of same.

05/30/13   JOSEPH LEVINE                                     4.00
           ECF filing of the Motion of TPG Troy LLC and T3
           Troy LLC for Attorneys' Fees, Costs and Damages
           Pursuant to 11 U.S.C. § 303(i) and the
           Declaration of Michele L. Angell in Support of
           Motion of TPG Troy LLC and T3 Troy LLC for
           Attorneys' Fees, Costs and Damages Pursuant to
           11 U.S.C. § 303(i) with Exhibits # 1-3.

05/31/13   ANDREW K. GLENN                                    .30
           E-mails re latest adjournment request from
           Stamell.

05/31/13   MICHELE L. ANGELL                                 .30
           Draft letter to Court re courtesy copy of
           sanctions brief.

05/31/13   MICHELE L. ANGELL                                 .50
           Emails w/ L. Roberage, JM and T. Leach re Fed
           Ex service of sanctions brief and confirmation
           of delivery, and re courtesy copy to Court.

05/31/13   MICHELE L. ANGELL                                 .10
           Review email from A. Goldenberg requesting
           two-week extension from Judge's order to
           respond to sanctions brief in 7 days; emails w/
           AKG, PMO and MG re same.

05/31/13   MICHELE L. ANGELL                                 .60
           Review and analyze as-filed version of
           sanctions brief.

05/31/13   JENNIFER MCDOUGALL                                .30
           Review and revise courtesy copy of bankruptcy
           filing for Judge Glenn.

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/31/13 | LIANNE S. ROBERGE | BK - prepare courtesy motion binder for court, compile index of motion papers and exhibits; communications with MLA and JM re same; communications with MLA re service package FedEx tracking. | 2.00 |
| 05/31/13 | JOSEPH LEVINE | Deliver courtesy copy of Motion for Attorneys' Fees to Judge Glenn. | 1.00 |
| 06/03/13 | PAUL M. O'CONNOR, III | Work re sanctions brief and conf. w/team re same; work re related correspondence. | 2.00 |
| 06/03/13 | ANDREW K. GLENN | Emails w/MLA re scheduling issues. | .30 |
| 06/03/13 | ANDREW K. GLENN | Review Stamell's request for more time on briefing sanctions. | .20 |
| 06/03/13 | MICHELLE GENET | Review and confer w/ MLA re creditor's request for an extension of time to respond to sanctions motion. | .50 |
| 06/03/13 | MICHELE L. ANGELL | Draft certificate of service re sanctions brief and coordinate filing of same with Managing Attorney's Office; draft letter responding to petitioners' letter requesting additional time to respond to sanctions brief. | 3.40 |
| 06/03/13 | MICHELE L. ANGELL | Emails w/ AKG, PMO and MG re schedule for sanctions briefing and petitioners' request for extension; t/c w/ MG re same and re petitioners' letter. | .60 |
| 06/03/13 | MICHELE L. ANGELL | Review and analyze as-filed version of sanctions brief and Angell Declaration; review and analyze petitioners' letter to Court and petitioners' demand for jury trial. | .80 |
| 06/03/13 | MICHELE L. ANGELL | Research jury trial and withdrawal of reference with respect to 303(i). | 1.90 |
| 06/03/13 | JASON MORRISON | Efile Certificate of Service in 2 cases. | .80 |
| 06/04/13 | PAUL M. O'CONNOR, III | | 1.70 |

Work re correspondence w/court re sanctions
motion, briefing; work re jury trial issue;
conf. w/team re same.

06/04/13   ANDREW K. GLENN                                        .30
           Review letter to Judge Glenn opposing adjournment.

06/04/13   DAVID J. ABRAMS                                        .30
           Review letter to Judge Glenn responding to
           petitioners' request for extension re response
           to sanctions motion.

06/04/13   MICHELE L. ANGELL                                     2.80
           Draft letter opposing extension of petitioners'
           time to respond to sanctions motion; revise
           same to incorporate AKG comments; coordinate
           filing of same with Managing Attorney's Office.

06/04/13   MICHELE L. ANGELL                                      .10
           Email A. Kernan, J. Chung, J. Stamell, and A.
           Goldenberg transmitting letter opposing
           extension for petitioners to respond to
           sanctions motion.

06/04/13   MICHELE L. ANGELL                                     3.00
           Research case law re petitioners not having
           right to jury trial and withdrawal of the
           reference re Section 303(i), re petitioners'
           threat in June 3 letter to file motions re
           same.

06/04/13   RICHARD M. LA ROSA                                    .50
           Advise MLA as to electronic filing rules and
           procedures. Review Letter Brief and Exhibits
           for formatting and rules compliance and
           coordinate for electronic service and filing of
           same.

06/04/13   THOMAS WHITTINGTON                                    .60
           ECF filing of the Letter to the Honorable
           Martin Glenn w/ Exhibit

06/05/13   PAUL M. O'CONNOR, III                                 .60
           Work re sanctions motion and related jury trial
           issues.

06/05/13   DAVID J. ABRAMS                                       .20
           Review emails re bankruptcy court motion for
           Sanctions.

06/05/13   MICHELE L. ANGELL                                     .10
           Review Managing Attorney's Office email
           summarizing Judge's Order re sanctions briefing
           and hearing; email AKG re same.

| | | |
|---|---|---|
| 06/06/13 | PAUL M. O'CONNOR, III<br>Work re motion to withdraw reference and<br>response and related jury trial issue. | .70 |
| 06/06/13 | MICHELE L. ANGELL<br>Review Judge's order re sanctions schedule. | .10 |
| 06/06/13 | MICHELE L. ANGELL<br>Draft counter-designation of the record for<br>appeal. | 1.30 |
| 06/06/13 | MICHELE L. ANGELL<br>Conduct research re counter-designating the<br>record for appeal. | .40 |
| 06/07/13 | PAUL M. O'CONNOR, III<br>Work re motion to withdraw reference and<br>response and related jury trial issue. | .80 |
| 06/07/13 | MICHELE L. ANGELL<br>Research motion to withdraw the reference re<br>section 303(i) and lack of right to jury trial<br>for petitioning creditors re section 303(i). | 1.50 |
| 06/07/13 | MICHAEL BIRNBAUM<br>Review and circulate docket. | .20 |
| 06/08/13 | MICHELE L. ANGELL<br>Review AKG's email re motion to withdraw the<br>reference and email DAF and MS re same. | .10 |
| 06/10/13 | PAUL M. O'CONNOR, III<br>Work re record for appeal. | .70 |
| 06/10/13 | MICHELE L. ANGELL<br>Email AKG re Bankruptcy Rule 5011 re<br>petitioners' motion to withdraw the reference;<br>t/c w/ PMO re motion to withdraw the reference<br>and appeal. | .50 |
| 06/10/13 | MICHELE L. ANGELL<br>Draft counter-designations of the record for<br>appeal. | 1.60 |
| 06/10/13 | MICHELE L. ANGELL<br>Research              REDACTED<br>    REDACTED          ; conduct legal research re<br>                         case law for opposition<br>to motion to withdraw the reference. | 2.70 |
| 06/10/13 | MICHELE L. ANGELL<br>Review and analyze petitioners' memo of law re | .10 |

motion to withdraw the reference.

| | | |
|---|---|---|
| 06/10/13 | GEORGE SIKES<br>Research regarding process of motion to<br>withdraw the reference. | .60 |
| 06/11/13 | PAUL M. O'CONNOR, III<br>Work re opposition to motions to withdraw<br>reference and related sanctions motion issues. | .60 |
| 06/11/13 | ANDREW K. GLENN<br>Review motion to withdraw the reference and related<br>Case designation issues. | 1.00 |
| 06/11/13 | MICHELLE GENET<br>Bankruptcy: Review motion to withdraw<br>reference. | .20 |
| 06/11/13 | MICHELLE GENET<br>Confer with MLA re next steps re<br>counter-designation of record and reply to<br>sanctions motion. | .20 |
| 06/11/13 | MICHELE L. ANGELL<br>Draft and revise counter-designations of the<br>record for appeal. | 1.50 |
| 06/11/13 | MICHELE L. ANGELL<br>T/c w/ MG re bankruptcy status re motions to<br>withdraw the reference, appeals and<br>counter-designations; conf. w/ JM re<br>counter-designations; email Managing<br>Attorney's Office re bankruptcy docket. | .20 |
| 06/11/13 | MICHELE L. ANGELL<br>Conduct legal research to oppose motions to<br>withdraw the reference. | 1.50 |
| 06/11/13 | JENNIFER MCDOUGALL<br>Meet with MLA re counter-designations of the<br>record on appeal; work re same. | .50 |
| 06/11/13 | GEORGE SIKES<br>Research re motion to withdraw the reference. | .60 |
| 06/12/13 | ANDREW K. GLENN<br>E-mails w/team and MAO re process for consolidation<br>Of motion to withdraw reference. | .30 |
| 06/12/13 | ANDREW K. GLENN<br>Review Stamell request for an extension to sanctions<br>And related e-mails. | .30 |
| 06/12/13 | MICHELE L. ANGELL | .30 |

```
                    Review JM's research re           REDACTED
                         REDACTED
                              ; emails w/ Managing Attorney's Office
                    re same.


06/12/13   JENNIFER MCDOUGALL                                        2.50
           Legal research re motion to withdraw the
           reference; edit and revise counter-designations
           of the record on appeal.


06/12/13   GEORGE SIKES                                               .30
           Advise attys re motion to withdraw the
           reference.


06/13/13   ANDREW K. GLENN                                            .40
           Team mtg. re strategy re motion to withdraw the
           reference.


06/13/13   MICHELLE GENET                                             .30
           Bankruptcy: Confer with AKG and
           MLA re motion to withdraw reference
           and motion for sanctions.


06/13/13   MICHELE L. ANGELL                                          .50
           Review JM's record checking and other revisions
           to counter-designations and revise re same.


06/13/13   MICHELE L. ANGELL                                          .60
           Review and analyze sanctions motion and law and
           arguments therein in preparation for beginning
           reply to tomorrow's opposition.


06/13/13   GEORGE SIKES                                               .20
                              REDACTED            for MLA.


06/14/13   PAUL M. O'CONNOR, III                                    4.00
           Work re reply on sanctions motion and conf.
           w/team re same; work re correspondence w/SDNY
           re motion to withdraw reference and appeals and
           coordination of same.


06/14/13   ANDREW K. GLENN                                          1.50
           Review state court proceedings where Stamell
           Claims KBT&F was conflicted and call w/PMO re same.


06/14/13   ANDREW K. GLENN                                          1.00
           Review opposition to Troy motion for fees/costs.


06/14/13   ANDREW K. GLENN                                            .50
           Team call re opp. to fee motion.


06/14/13   DAVID J. ABRAMS                                            .40
           Review petitioner's response to motion for
```

sanctions and Stammell declaration re alleged
improper conduct by debtors.

06/14/13   DAVID J. ABRAMS                                         .30
           Conf w/MG re Stammell declaration
           misstatements.

06/14/13   MICHELLE GENET                                         3.30
           Bankruptcy: Team meeting re opposition and
           reply to sanctions motion (.5); review and
           revise letter to Judges Oekten, Hellerstein and
           Torres (1.4); review opposition to sanctions
           motion and supporting attorney declarations
           (1.2); confer with LPR re alleged conflict of
           interest issue (.2).

06/14/13   MICHELE L. ANGELL                                      7.80
           Draft letter to three District Judges re
           consolidating motions to withdraw the reference
           and bankruptcy appeals with SDNY Actions; draft
           reply to sanctions opposition.

06/14/13   MICHELE L. ANGELL                                       .50
           Review and analyze petitioners' opposition to
           sanctions motion in order to reply.

06/14/13   MICHELE L. ANGELL                                       .60
           Meet w/ PMO and MG w/ AKG on phone re replying
           to sanctions opposition.

06/14/13   JENNIFER MCDOUGALL                                     3.30
           Review sanctions opposition brief; record check
           and proof letter to district court judges re
           consolidation of motions to withdraw the
           reference.

06/16/13   MICHELE L. ANGELL                                       .20
           Review JM's research for sanctions reply;
           emails w/ JM re same.

06/16/13   JENNIFER MCDOUGALL                                     4.20
           Legal research re attorney's fees under Section
           303(i); legal research re what constitutes 303(i)
           improper debtor conduct.

06/17/13   PAUL M. O'CONNOR, III                                 2.50
           Work re correspondence w/SDNY re motion to
           withdraw reference and appeals and coordination
           of same; work re reply on sanctions brief
           including affidavits.

06/17/13   ANDREW K. GLENN                                         .80
           Work on letter to SDNY judges re consolidation
           of withdrawal motions.

| | | |
|---|---|---|
| 06/17/13 | MICHELLE GENET<br>Revise and finalize letter to Judges<br>Hellerstein, Oetken and Torres re<br>consolidation. | 1.30 |
| 06/17/13 | MICHELLE GENET<br>Bankruptcy: Review and distinguish petitioners'<br>cases re attorneys fees and costs. | 2.90 |
| 06/17/13 | MICHELE L. ANGELL<br>Review and analyze JM's research re what constitutes<br>303(i) debtor misconduct and petitioners' sanctions<br>opposition brief, for purposes of replying. | .40 |
| 06/17/13 | MICHELE L. ANGELL<br>T/c w/ MG re sanctions reply brief; email JM re<br>additional research to be conducted for same;<br>email AKG re counter-designations for appeal. | .20 |
| 06/17/13 | MICHELE L. ANGELL<br>Draft sanctions reply brief. | 7.20 |
| 06/17/13 | MICHELE L. ANGELL<br>Conduct legal research re 303(i)(1) standards<br>for sanctions reply brief. | .50 |
| 06/18/13 | PAUL M. O'CONNOR, III<br>Work re reply on sanctions brief including<br>affidavits; conf. w/team re same. | 2.00 |
| 06/18/13 | ANDREW K. GLENN<br>Finalize letter to SDNY judges re<br>consolidating motion to withdraw the reference | .40 |
| 06/18/13 | ANDREW K. GLENN<br>Review stay motion pending disposition of<br>motion to withdraw the reference. | .50 |
| 06/18/13 | ANDREW K. GLENN<br>Work on sanctions reply. | 1.00 |
| 06/18/13 | MICHELLE GENET<br>Bankruptcy: Review and analyze divestiture<br>cases. | 1.90 |
| 06/18/13 | MICHELE L. ANGELL<br>Review and distinguish case law re attorney<br>fees cited by petitioners in their sanctions<br>objection; research necessity of showing<br>likelihood of success on the merits to prevail<br>on a motion to stay, for sanctions reply brief. | .80 |
| 06/18/13 | MICHELE L. ANGELL | 1.20 |

Email MG re research for sanctions reply brief;
t/c w/ PMO re petitioners' false allegations of
conflict in sanctions objection; conf. w/ AKG
re motion to stay; t/c w/ MG re sanctions reply
brief; email AKG and KBT&F team re
counter-designations; email Managing Attorney's
Office re counter designations.

06/18/13   MICHELE L. ANGELL                                           .60
           Review and analyze motion to stay, supporting
           declaration, and proposed order to show cause
           filed by petitioners.

06/18/13   MICHELE L. ANGELL                                          5.90
           Draft and revise sanctions reply brief.

06/18/13   JENNIFER MCDOUGALL                                         3.40
           Proof and finalize letter to SDNY judges re
           consolidation of motion to withdraw the
           reference and bankruptcy appeal; legal research
           re bad faith and 303(i); review motion to stay
           sanctions motion.

06/18/13   LIANNE S. ROBERGE                                          3.60
           (BK action) Receipt and review of email
           correspondence, save same in online folders
           with detailed profiles; pull and assemble into
           binder legal cases cited in Creditors'
           Objections to Debtors' Motion for Fees.

06/18/13   RICHARD M. LA ROSA                                          .50
           Advise JM as to Judge Hellerstein, Oetken and
           Torres's individual filing rules and
           procedures. Review Letter Brief for formatting
           and rules compliance and coordinate for filing
           of same with each Judge.

06/18/13   GEORGE SIKES                                                .20
           Research re SDNY Bky appeal process.

06/19/13   PAUL M. O'CONNOR, III                                      1.30
           Work re reply affidavits on sanctions brief.

06/19/13   ANDREW K. GLENN                                             .50
           Review counter designations of record on
           appeal.

06/19/13   MICHELLE GENET                                             3.50
           Bankruptcy: respond to bankruptcy court request
           (.2); draft Angell Declaration in further
           support of motions for costs, fees and sanctions
           (.8); finalize and file counter designations of
           the record for the Troy Appeal and prepare
           courtesy copies for the Court (.6); draft Fay

Declaration in further support of Sanctions
Motion (1.4); review Stamell declaration re alleged
conflicts issue and accompanying exhibits (.5).

06/19/13    MICHELE L. ANGELL                                    .50
Emails w/ MG re Court request for second copy
of Sanctions Motion; review JM's email re
Rosenberg case; emails w/ MG and JM re
sanctions reply brief.

06/19/13    JENNIFER MCDOUGALL                                  8.30
Record and cite check reply sanctions motion in
bankruptcy action; prepare courtesy copies of
bankruptcy motion for Judge Glenn; proof and
prepare for filing counter-designations of the
record; prepare courtesy copies of same; edit
and review supporting declarations to reply
sanctions motion.

06/19/13    RICHARD M. LA ROSA                                   .50
Advise MG as to electronic filing rules and
procedures. Review Counter-Designations for
formatting and rules compliance and coordinate
for electronic service and filing of same.

06/19/13    JACK W. MORRISON                                     .80
Review documents for compliance with SDNY
Bankruptcy ECF procedure; electronically file
the counter designations in both actions
(12-14965 and 12-14966); obtain ECF filing
receipts and electronically endorsed pdf; email
with same to team.

06/20/13    PAUL M. O'CONNOR, III                               2.80
Work re reply on sanctions brief including
supporting documents and affidavits; work re
correspondence w/court re adjournment request.

06/20/13    ANDREW K. GLENN                                      .50
Review/revise letter to Judge Glenn opposing
adjournment of sanctions hearing.

06/20/13    ANDREW K. GLENN                                      .30
Review case reassignment to Judge Torres of
motion to withdraw reference.

06/20/13    ANDREW K. GLENN                                      .20
Review order denying Stammel's request for
Stay.

06/20/13    ANDREW K. GLENN                                      .50
Review request for an adjournment on sanction
motion and related internal e-mails to
determine response.

| 06/20/13 | ANDREW K. GLENN<br>Review and revise reply to sanctions motion. | 2.50 |
|---|---|---|
| 06/20/13 | MICHELLE GENET<br>Review Stamell Declaration exhibits and revise<br>Fay Declaration (1.5); finalize and file reply<br>papers in further support of sanctions motion. | 6.10 |
| 06/20/13 | MICHELE L. ANGELL<br>Review and analyze AHE's research re jury trial<br>for purposes of incorporating into sanctions<br>reply; review and analyze Court's order denying<br>stay of sanctions hearing. | .60 |
| 06/20/13 | MICHELE L. ANGELL<br>Emails w/ MG and AKG re sanctions reply brief;<br>conf. w/ AKG re same; conf. w/ MG re same;<br>emails w/ AKG and PMO re petitioners' latest<br>letter requesting adjournment of sanctions<br>hearing. | 1.60 |
| 06/20/13 | MICHELE L. ANGELL<br>Draft and revise sanctions reply brief and<br>supporting Angell declaration; finalize same<br>for filing w/ MG; draft letter responding to<br>petitioners' latest letter requesting<br>adjournment of sanctions hearing. | 7.10 |
| 06/20/13 | JENNIFER MCDOUGALL<br>Proof and review declarations in support of<br>sanctions reply; prepare exhibits re same;<br>proof and edit reply sanctions memo; legal<br>research re availability of jury trial in<br>303(i) cases. | 5.10 |
| 06/20/13 | LIANNE S. ROBERGE<br>(BK action) Prepare service copies of reply<br>in further support of motion for fees;<br>confer with MLA re same. | .80 |
| 06/20/13 | GEORGE SIKES<br>E-file, docket, and distribute reply papers in<br>further support of sanctions/fee motions in<br>both Bky cases. | .50 |
| 06/21/13 | PAUL M. O'CONNOR, III<br>Work re reply on sanctions brief including<br>supporting documents and affidavits; work re<br>correspondence w/court re adjournment request. | 1.00 |
| 06/21/13 | DAVID J. ABRAMS<br>Review reply papers re motion for sanctions. | .50 |

06/21/13    MICHELE L. ANGELL                                    .70
            Draft letter to Judge re courtesy copy of
            sanctions reply filing; draft certificate of
            service re counter-designations and sanctions
            reply.

06/21/13    MICHELE L. ANGELL                                    .70
            Emails w/ MG, JM, and L. Roberage re sanctions
            reply brief and          REDACTED          and
            courtesy copies of sanctions reply to Court;
            emails w/ MG and JM re case summaries of
            petitioners' sanctions objection cases for
            sanctions hearing.

06/21/13    MICHELE L. ANGELL                                    .80
            Review and analyze        REDACTED
                    REDACTED        ; review and analyze Judge
            Torres' REDACTED chambers rules because
            petitioners' motions to withdraw the reference
            will be heard by her.

06/21/13    MICHELE L. ANGELL                                   1.90
            Prepare for hearing on sanctions motion by
            drafting hearing argument outline re 303(i)(1).

06/21/13    LIANNE S. ROBERGE                                   1.80
            (BK action) Prepare courtesy copies of
            reply in further support of motion for
            fees; receipt and review of email
            correspondence and court documents, save same
            in online folders with detailed profiles.

06/21/13    JOSEPH LEVINE                                       1.00
            Deliver courtesy copies of reply papers.

06/24/13    PAUL M. O'CONNOR, III                               2.70
            Work re Judge Torres teleconference and related
            issues on stay request; work re related
            correspondence; conf w/team re oral argument on
            sanction motion.

06/24/13    JULIA BALDUZZI                                      2.50
            Research re Rule 5011(c).

06/24/13    MICHELLE GENET                                      2.90
            Bankruptcy: review ex parte motion for stay and
            distinguish cases cited therein.

06/24/13    MICHELE L. ANGELL                                   3.50
            Review sanctions briefs and draft hearing
            argument outline on 303(i)(1) to prepare for
            sanctions hearing.

06/24/13    MICHELE L. ANGELL                                    .20

T/c w/ Judge Torres, J. Stamell and A.
Goldenberg re petitioners' improper ex parte
motion to stay filed in district court.

06/24/13    MICHELE L. ANGELL                                    1.80
T/c w/ AKG re Judge Torres teleconference;
email AKG, PMO, MG and JM re same; t/cs w/ MG
re same and re research assistance with
response letter; t/c w/ JM re same; t/c w/ JB
re same; emails w/ JM re sanctions hearing
prep; emails and conf. w/ L. Roberage re same.

06/24/13    MICHELE L. ANGELL                                    5.40
Draft letter brief to Judge Torres opposing
petitioners' improper ex parte motion to stay.

06/24/13    MICHELE L. ANGELL                                     .20
Review and analyze petitioners' improper ex
parte motion to stay papers submitted to
district court.

06/24/13    JENNIFER MCDOUGALL                                   9.10
Legal research re motion to stay sanctions
hearing re pending motion to withdraw the
reference; proof and review letter re same;
review and distinguish cases cited in sanctions
opposition motion for sanctions hearing.

06/24/13    LIANNE S. ROBERGE                                    6.50
(BK action) Prepare documents for June 27
hearing: assemble binder for motion for
attorneys' fees with moving papers, objections
and reply papers and all the exhibits to
declarations; compile index for binder; pull
and assemble a case binder for all the legal
cases cited in three briefs, compile index for
binder.

06/25/13    PAUL M. O'CONNOR, III                                2.00
Work re correspondence opposing stay; work re
sanctions hearing preparation including issues
related to underlying litigation.

06/25/13    MICHELLE GENET                                        .60
Review letter to SDNY court opposing ex
parte motion for stay (.2); review and revise
write-up of Petitioners' cases in opposition to
sanctions motion in preparation of hearing date
(.4).

06/25/13    MICHELE L. ANGELL                                    1.70
Review and revise letter to Judge Torres
opposing stay, and email same to Chambers
copying opposing counsel per procedures.

06/25/13   MICHELE L. ANGELL                                          .70
           Confs. w/ L. Roberage re sanctions hearing
           prep; t/cs w/ MG re letter to Judge Torres; t/c
           w/ PMO re same.

06/25/13   MICHELE L. ANGELL                                         6.80
           Prepare for sanctions hearing, including review
           of Stamell declarations, drafting of section
           303(i)(2) hearing outline, drafting hearing
           outline re no jury, researching        REDACTED
                         REDACTED        , and review
           of case law cited by parties in sanctions briefing.

06/25/13   JENNIFER MCDOUGALL                                        2.40
           Review and distinguish cases cited in sanctions
           opposition motion in preparation of oral
           argument; proof and review letter re research
           re motion to stay sanctions hearing re pending
           motion to withdraw the reference.

06/25/13   LIANNE S. ROBERGE                                        2.10
           (BK action) Assemble Motion to Dismiss
           Pleadings binder for bankruptcy court hearing per
           request of MLA.

06/26/13   PAUL M. O'CONNOR, III                                     .50
           Work re adjournment request and response.

06/26/13   MICHELLE GENET                                           1.20
           Bankruptcy: call with court re adjournment of
           sanctions motion hearing; draft, file and serve
           notice of adjournment.

06/26/13   MICHELE L. ANGELL                                         .20
           Review and analyze Judge Torres' order denying
           stay and        REDACTED        .

06/26/13   MICHELE L. ANGELL                                         .80
           Emails w/ AKG, PMO, and MG re adjournment of
           bankruptcy court hearing; emails w/ MG re
           noticing adjournment; review MG's draft notice
           of adjournment; emails with G. Sikes (Managing
           Attorney's Office) re district court Judge's
           order.

06/26/13   RICHARD M. LA ROSA                                        .50
           Advise MG as to electronic filing rules and
           procedures. Review Notices of Adjournment for
           formatting and rules compliance and coordinate
           for electronic service and filing of same.

06/26/13   JACK W. MORRISON                                          .40
           Review documents for compliance with SDNY

15

Bankruptcy ECF procedure; electronically file
the Notice of Adjournment of Hearing on Motion
of TPG Troy LLC and T3 Troy LLC for Attorneys'
Fees, Costs and Damages Pursuant to 11 U.S.C. §
303(i); obtain ECF filing receipts and
electronically endorsed pdfs; email with same
to team.

06/27/13   PAUL M. O'CONNOR, III                                    2.20
           Work re             REDACTED
             REDACTED   ; work re sanctions hearing
           preparation.

06/27/13   MICHELLE GENET                                            .30
           Bankruptcy: draft and file Cert of Service re
           Notice of Adjournment of sanctions hearing.

06/27/13   MICHELE L. ANGELL                                         .10
           T/c w/ J. Stamell re motion to withdraw the
           reference briefing schedule; email J. Stamell
           and A. Goldenberg re same.

06/27/13   MICHELE L. ANGELL                                        1.60
                         REDACTED


06/27/13   MICHELE L. ANGELL                                         .50
           Emails w/ AKG and PMO re        REDACTED

             REDACTED      ; emails w/ MG re research
           for opposition to motion to withdraw the
           reference.

06/27/13   MICHELE L. ANGELL                                        6.40
           Prepare for sanctions hearing, including review
           of cases cited by the parties, researching

                         REDACTED

             , and drafting and revising sanctions
           hearing outline.

06/27/13   GEORGE SIKES                                              .30
           Correspond re motion to withdraw the reference
           documents.

06/27/13   JACK W. MORRISON                                          .40
           Review documents for compliance with SDNY
           Bankruptcy ECF procedure; electronically file
           the Certificate of Service as to the Notice of
           Adjournment of Hearing on Motion of TPG Troy
           LLC and T3 Troy LLC for Attorneys' Fees, Costs
           and Damages Pursuant to 11 U.S.C. § 303(i);
           obtain ECF filing receipts and electronically

endorsed pdfs; email with same to team.

06/28/13   PAUL M. O'CONNOR, III                                1.50
           Preparation for and attendance at sanctions
           hearing.

06/28/13   ANDREW K. GLENN                                       2.80
           Prepare for and attend hearing on sanctions.

06/28/13   MICHELE L. ANGELL                                     3.30
           Prepare for sanctions hearing; appear at and
           argue at sanctions hearing; post-hearing conf.
           w/ PMO and AKG re hearing.


           TOTAL HOURS                                        274.80

Texas Pacific Group (TPG)
FILE NUMBER: 09408001

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER | | | |
| DAVID J. ABRAMS | 2.10 | 875.00 | 1,837.50 |
| ANDREW K. GLENN | 19.60 | 910.00 | 17,836.00 |
| PAUL M. O'CONNOR, III | 30.30 | 930.00 | 28,179.00 |
| | | | |
| ASSOCIATE | | | |
| MICHELE L. ANGELL | 110.70 | 450.00 | 49,815.00 |
| JULIA BALDUZZI | 2.50 | 390.00 | 975.00 |
| MICHELLE GENET | 29.90 | 345.00 | 10,315.50 |
| JENNIFER MCDOUGALL | 43.40 | 325.00 | 14,105.00 |
| | | | |
| PARALEGAL | | | |
| MICHAEL BIRNBAUM | .20 | 225.00 | 45.00 |
| LIANNE S. ROBERGE | 21.90 | 240.00 | 5,256.00 |
| | | | |
| MANAGING CLERK | | | |
| RICHARD M. LA ROSA | 2.50 | 270.00 | 675.00 |
| JOSEPH LEVINE | 6.00 | 150.00 | 900.00 |
| JACK W. MORRISON | 1.60 | 210.00 | 336.00 |
| JASON MORRISON | .80 | 150.00 | 120.00 |
| GEORGE SIKES | 2.70 | 210.00 | 567.00 |
| THOMAS WHITTINGTON | .60 | 210.00 | 126.00 |

TOTAL FEES                              $131,088.00

LOCAL TRANSPORTATION                          275.55
BUSINESS MEALS                                 28.63
AUTOMATED RESEARCH                              9.98
DOCUMENT REPRODUCTION                         175.30
DOCUMENT DELIVERY                             100.50

TOTAL COSTS                               $589.96


TOTAL FEES AND COSTS                     $131,677.96

LOCAL TRANSPORTATION

```
06/07/13  LOCAL TRANSPORTATION                                    119.38
          AMERICAR VOUCHER NO: 1108462 DATED: 05/30/2013
          NAME: Angell,Michele
          FROM: M,1633 BROADWAY TO: LI,  MINEOLA
          INVOICE NUM: 574175  DATED: 06/07/2013
06/07/13  LOCAL TRANSPORTATION                                    146.17
          ELITE VOUCHER NO:   DATED: 05/30/2013
          NAME: J LEVENI, JOSEPH
          FROM: 1633 BROADWAY TO: MAHWAH, NJ
          INVOICE NUM: 1553575 DATED: 06/07/2013
06/14/13  LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR           5.00
          J. LEVINE, TRAIN TO COURT ON 5/31/13, INV #
          061413, DATE 6/14/13
06/27/13  LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR           5.00
          J. LEVINE, TRAIN TO COURT ON 6/21/13, INV #
          062713, DATE 6/27/13

                                      SUBTOTAL:     275.55
```

BUSINESS MEALS

```
05/30/13  BUSINESS MEALS                                           28.63
          SEAMLESSWEB MEAL ORD#: 368514306 DATE:05/30/2013
          ALLOCATED NAME: ANGELL MICHELE
          SEAMLESSWEB INV #: 1448289 INV DATE: 6/02/13


                                      SUBTOTAL:      28.63
```

AUTOMATED RESEARCH-WESTLAW

```
05/30/13  AUTOMATED RESEARCH-WESTLAW                                8.64
          Date: 5/30/13
          Research by: MCDOUGALL,JENNIFER

                                      SUBTOTAL:       8.64
```

AUTOMATED RESEARCH-LEXIS

```
05/31/13  AUTOMATED RESEARCH-LEXIS                                  1.34
          Date: 5/31/13
          Research by: ANGELL, MICHELE

                                      SUBTOTAL:       1.34
```

DOCUMENT REPRODUCTION

```
05/30/13  DOCUMENT REPRODUCTION                              37.70
06/03/13  DOCUMENT REPRODUCTION                              16.00
06/05/13  DOCUMENT REPRODUCTION                              51.50
06/06/13  DOCUMENT REPRODUCTION                                .60
06/18/13  DOCUMENT REPRODUCTION                               1.70
06/19/13  DOCUMENT REPRODUCTION                              52.80
06/20/13  DOCUMENT REPRODUCTION                               8.40
06/24/13  DOCUMENT REPRODUCTION                               6.10
06/25/13  DOCUMENT REPRODUCTION                                .50

                                        SUBTOTAL:           175.30
```

DOCUMENT DELIVERY

```
05/30/13  Tracking ID:  799887086070 Date:5/30/13           13.20
          Sender Name: Lianne Roberge
          Recipient Name: Jared B. Stamell Esq.
          From:  1633 Broadway
          To: 1 Liberty Plaza, 35th Floor  NEW YORK
          NY 10006
          FedEx Inv #: 229188395  Inv Date: 6/03/13

05/30/13  Tracking ID:  799887388288 Date:5/30/13           13.20
          Sender Name: Lianne Roberge
          Recipient Name: Robert S. Fischler, Esq.
          From:  1633 Broadway
          To: 1211 Avenue of the Americas  NEW YORK CITY
          NY 10036
          FedEx Inv #: 229188395  Inv Date: 6/03/13

05/30/13  Tracking ID:  799887307674 Date:5/30/13           13.20
          Sender Name: Lianne Roberge
          Recipient Name: Tracy Hope Davis, Esq.
          From:  1633 Broadway
          To: 33 Whitehall Street, 21st Floo  NEW YORK
          NY 10004
          FedEx Inv #: 229188395  Inv Date: 6/03/13

06/20/13  DOCUMENT DELIVERY                                  10.15
          Tracking ID:  796051660579 Date:6/20/13
          Sender Name: Michelle Genet, Esq.
          Recipient Name: Robert S Fischler, Mark Somers
          From:  1633 Broadway
          To: Ropes & Gray LLP  NEW YORK CITY
          NY 10036
          FedEx Inv #: 231435269  Inv Date: 6/24/13

06/20/13  DOCUMENT DELIVERY                                  10.15
          Tracking ID:  796056047923 Date:6/20/13
          Sender Name: Michele L. Angell
```

```
              Recipient Name: Jared B. Stamell, Esq.
              From:  1633  Broadway
              To: Stamell & Schager, LLP  NEW YORK
              NY 10006
              FedEx Inv #: 231435269  Inv Date: 6/24/13

06/20/13 DOCUMENT DELIVERY                                10.15
              Tracking ID:  796051326656 Date:6/20/13
              Sender Name: Michelle Genet, Esq.
              Recipient Name: Tracy Hope Davis
              From:  1633 Broadway
              To: 33 Whitehall Street, 21st Floo  NEW YORK
              NY 10004
              FedEx Inv #: 231435269  Inv Date: 6/24/13

06/20/13 DOCUMENT DELIVERY                                10.15
              Tracking ID:  796051424277 Date:6/20/13
              Sender Name: Michelle Genet, Esq.
              Recipient Name: Jared Stamell, Andrew Goldenbe
              From:  1633 Broadway
              To: One Liberty Plaza, 35th Floor  NEW YORK
              NY 10006
              FedEx Inv #: 231435269  Inv Date: 6/24/13

06/20/13 DOCUMENT DELIVERY                                10.15
              Tracking ID:  796056076687 Date:6/20/13
              Sender Name: Michele L. Angell
              Recipient Name: Tracy Hope Davis, Esq.
              From:  1633  Broadway
              To: 33 Whitehall Street  NEW YORK
              NY 10004
              FedEx Inv #: 231435269  Inv Date: 6/24/13

06/20/13 DOCUMENT DELIVERY                                10.15
              Tracking ID:  796056123701 Date:6/20/13
              Sender Name: Michele L. Angell
              Recipient Name: Robert S. Fischler/Mark Somers
              From:  1633  Broadway
              To: Ropes & Gray LLP  NEW YORK CITY
              NY 10036
              FedEx Inv #: 231435269  Inv Date: 6/24/13


                                     SUBTOTAL:     100.50


        TOTAL                                   $589.96
```